UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark Thomas Miller, Court File: 00-1436(JSR/SRN)

Plaintiff,

vs. **STIPULATION AND ORDER**

City of Bloomington and
Jeffrey Giles,

Defendants.

---

In this lawsuit, plaintiff claims he was subjected to excessive force. Defendants deny any wrongdoing. Plaintiff filed a complaint with the Bloomington Police Department and an internal affairs investigation ensued. Following the investigation, Officer Giles was exonerated of the plaintiff's complaints. Pursuant to Minn. Stat. § 13.43 of the Minnesota Government Data Practices Act, the internal affairs file is not public data and cannot be released without a Court Order. The parties agree that but for the statutory provision, this file would be discoverable. Under the circumstances, the parties request the Court issue an Order for the release of the internal affairs investigative file.

Dated: 9/6/00

MESHBESHER & SPENCE

By ______________
Daniel C. Guerrero, I.D. #206040
Attorneys for Plaintiff
1616 Park Avenue
Minneapolis, MN 55404

Dated: September 5, 2000

ERSTAD & RIEMER, P.A.

By ______________
Paul D. Reuvers, I.D. #217700
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431

FILED SEP 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

The Court, being presented with the attached Stipulation, hereby authorizes the City of Bloomington through its counsel to provide plaintiff's counsel with a complete copy of the internal affairs investigative file for use in this case only.

BY THE COURT:

Dated: 9/8/00

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson