UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mark Thomas Miller,

Plaintiff,

vs.

City of Bloomington and
Jeffrey Giles,

Defendants.

Court File: 00-1436(JMR/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The undersigned attorneys hereby advise the Court that plaintiff hereby dismisses all claims against Jeffrey Giles, in his individual capacity or his official capacity as a police officer for the City of Bloomington, and all claims against the City of Bloomington or any City of Bloomington employee as a result of the incident and allegations and damages alleged in Plaintiff's Complaint or Amended Complaint. The consideration for this dismissal is zero dollars, with the agreement by Officer Giles and the City of Bloomington not to tax costs against plaintiff, or otherwise seek recovery for any attorney fees, or expenses incurred in connection with this matter and the attached letter. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that the claims against Jeffrey Giles in his individual capacity and any potential claim against the City of Bloomington or any of its employees may be, and hereby are, dismissed on their merits and with prejudice, but without costs, disbursements or attorney's fees to any of the parties.

FILED NOV 30 2001
RICHARD D SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiff's claims, without costs, attorneys fees, or disbursements to any of the parties, may be entered herein.

Dated: November 14, 2001

IVERSON REUVERS, LLC

By: ______________________

Paul D. Reuvers, #217700
Attorneys for Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

Dated: 11-20, 2001

MESHBESHER & SPENCE

By: ______________________

Daniel Guerrero, #206040
Attorneys for Plaintiff
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

November 14, 2001

Dear Mr. Miller:

At this time, I would like to express my regret for the injuries you sustained as a result of a bite by my canine partner Duke as well as any pain you sustained by me punching you in the chest region.

While I am sorry you were bitten, the fact remains that you were given multiple opportunities to climb out of the crawl space before Duke was sent in. Had you come out when asked, Duke wouldn't have bitten you and I wouldn't have punched you.

Regardless of the above, I am still sorry you were injured in any respect.

Sincerely,

Officer Jeff Giles

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, attorneys fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 30 day of November, 2001.

BY THE COURT:

Hon. James M. Rosenbaum
Judge of U.S. District Court

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500